UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| DINNER TABLE ACTION, FOR OUR FUTURE, and ALEX TITCOMB,<br><br>*Plaintiffs.*<br><br>v.<br><br>WILLIAM J. SCHNEIDER, in his official capacity as Chairman of the Maine Commission on Governmental Ethics and Election Practices; DAVID R. HASTINGS III, in his official capacity as a Member of the Maine Commission on Governmental Ethics and Election Practices; SARAH E. LECLAIRE, in her official capacity as a Member of the Maine Commission on Governmental Ethics and Election Practices; DENNIS MARBLE, in his official capacity as a Member of the Maine Commission on Governmental Ethics and Election Practices; BETH N. AHEARN, in her official capacity as a Member of the Maine Commission on Governmental Ethics and Election Practices; and AARON M. FREY, in his official capacity as Attorney General of Maine,<br><br>*Defendants.* | Case No. 24-cv-_____ |

## DISCLOSURE STATEMENT

Through counsel and in accordance with Federal Rule of Civil Procedure 7.1 and Local Rule 7.1, Plaintiffs hereby discloses the following:

Plaintiff Dinner Table Action is a political action committee formed under the laws of the State of Maine with its principal place of business in Maine and hereby states that it has no parent corporation, and no entity has a ten percent or greater ownership in it.

#17673469v1

Plaintiff For Our Future is a political action committee formed under the laws of the State of Maine with its principal place of business in Maine and hereby states that it has no parent corporation, and no entity has a ten percent or greater ownership in it.

Plaintiff Alex Titcomb is an individual residing in the State of Maine.

Dated: December 13, 2024

                /s/ Joshua Dunlap
                Joshua D. Dunlap
                Pierce Atwood LLP
                254 Commercial Street
                Merrill's Wharf
                Portland, ME 04101
                207-791-1350
                jdunlap@pierceatwood.com
                *Counsel of Record for Plaintiffs*

                and

                Charles Miller*
                (**pro hac vice* to be submitted)
                INSTITUTE FOR FREE SPEECH
                1150 Connecticut Ave., NW
                Suite 801
                Washington, DC 20036
                202-301-9800
                cmiller@ifs.org
                *Counsel for Plaintiffs*

# CERTIFICATE OF SERVICE

      I hereby certify that on December 13, 2024, I electronically filed the foregoing document, via e-mail to the United States District Court for the District of Maine and will serve the same upon Defendants.

Dated:  December 13, 2024　　　　　　　　　*/s/ Joshua Dunlap*
　　　　　　　　　　　　　　　　　　　　　　Joshua D. Dunlap
　　　　　　　　　　　　　　　　　　　　　　Pierce Atwood LLP
　　　　　　　　　　　　　　　　　　　　　　254 Commercial Street
　　　　　　　　　　　　　　　　　　　　　　Merrill's Wharf
　　　　　　　　　　　　　　　　　　　　　　Portland, ME 04101
　　　　　　　　　　　　　　　　　　　　　　207-791-1350
　　　　　　　　　　　　　　　　　　　　　　jdunlap@pierceatwood.com
　　　　　　　　　　　　　　　　　　　　　　*Counsel of Record for Plaintiffs*