UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| DINNER TABLE ACTION, et al.,<br><br>    *Plaintiffs.*<br><br>v.<br><br>WILLIAM J. SCHNEIDER, in his official capacity as Chairman of the Maine Commission on Governmental Ethics and Election Practices, et al.<br><br>    *Defendants.* | Case No. 1:24-cv-00430-KFW<br><br>Magistrate Judge Karen Frink Wolf |

## **ASSENTED TO MOTION FOR EXTENSION OF TIME**

Due to family obligations, Plaintiffs hereby move for a two-day extension of time to file their Brief in this Matter. Defendants have assented to this motion via email. Should this motion be granted, Plaintiffs' Brief would be due on Friday January 17, 2025.

Granting this motion would not alter any previously established trial date, making it ripe for decision by the Clerk pursuant to Local Rule 77(1).

Dated: January 10, 2024                      Respectfully submitted,

                                                      */s/ Joshua Dunlap*
                                                      Joshua D. Dunlap
                                                      Pierce Atwood LLP
                                                      254 Commercial Street
                                                      Merrill's Wharf
                                                      Portland, ME 04101
                                                      207-791-1350
                                                      jdunlap@pierceatwood.com
                                                      *Counsel of Record for Plaintiffs*

                                                      and

Charles Miller (admitted *pro hac vice*)
INSTITUTE FOR FREE SPEECH
1150 Connecticut Ave., NW
Suite 801
Washington, DC 20036
202-301-9800
cmiller@ifs.org
*Counsel for Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that on the date indicated below I caused a copy of the foregoing pleading to be filed with the Court's ECF filing system, which will cause an electronic notice to be sent to counsel of record.

Dated: January 10, 2025

*/s/ Joshua D. Dunlap*
Joshua D. Dunlap
PIERCE ATWOOD LLP
Merrill's Wharf
254 Commercial Street
Portland, ME 04101
Tel: 207.791.1100
jdunlap@pierceatwood.com

*Counsel of Record for Plaintiffs*