UNITED STATES DISTRICT COURT
District of Maine

| | |
|---|---|
| Dinner Table Action et al. )<br>Plaintiff(s), )<br>vs. )<br> )<br>Schneider et al. )<br>Defendant(s). ) | Case No. 1:24-cv-00430-KFW |

## CERTIFICATION FOR ADMISSION PRO HAC VICE

**The District of Maine is a CM/ECF NextGen Court. This certification form must be filed electronically via ECF in the District of Maine and the $200.00 admission fee must be paid at the time of filing (via pay.gov, which you will be automatically directed to during docketing). If PHV counsel has not previously been granted electronic filing rights with the District of Maine, PHV counsel will now need to submit a PRO HAC VICE request in this District via PACER at www.pacer.uscourts.gov. Note: if the E-File Registration Only link is selected instead of the Pro Hac Vice link the request will be rejected.**

I hereby request admission to the Bar of this Court Pro Hac Vice, in support of which I represent that the answer to the following questions are complete, true and correct:

1. Name: Ezra P. Louvis

2. State bar membership number(s): District of Columbia - 90005185

3. Firm name, address and telephone number:
   Hogan Lovells US LLP
   555 Thirteenth St. NW, Washington, DC 20004  - (202) 637-5600

4. List state and federal courts or bar associations in which you are a member in good standing to practice law:
   District of Columbia; U.S. Court of Appeals for the D.C. Circuit; U.S. Court of Appeals for the Eleventh Circuit

5. Name, address and telephone number of associated local counsel:
   David M. Kallin & Adam R. Cote
   Drummond Woodsum, 84 Marginal Way Suite 600, Portland, ME 04101 (207) 772-1941

6. Party name(s) entering appearance for:
   EqualCitizens; Cara McCormick; Peter McCormick; Rick Bennett

7. Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar associated, grievance committee or administrative body?  ☐ Yes  ☒ No

8. Have any proceedings, which could lead to any such disciplinary actions as described in question 7, been instituted against you by any such bodies?  ☐ Yes  ☒ No
   (You must attach a separate sheet with detailed explanations of Yes answers to Questions 7 or 8.)

9. Are you familiar with the Federal Rules of Evidence, the Federal Rules of Civil or Criminal Procedure (as applicable to this case) and the local rules of this Court?  ☒ Yes  ☐ No

Dated: 01/24/2025                           /s/ David M. Kallin
                                            Signature of Local Counsel

Dated: 01/24/2025                           /s/ Ezra P. Louvis
                                            Signature of Applicant