UNITED STATES DISTRICT COURT
District of Maine

_____Dinner Table Action et al._____ )
                    Plaintiff(s),        )
    vs.                                  )   Case No. __1:24-cv-00430-KFW__
                                         )
_____Schneider et al._____             )
                    Defendant(s).        )

## CERTIFICATION FOR ADMISSION PRO HAC VICE

**The District of Maine is a CM/ECF NextGen Court. This certification form must be filed electronically via ECF in the District of Maine and the $200.00 admission fee must be paid at the time of filing (via pay.gov, which you will be automatically directed to during docketing). If PHV counsel has not previously been granted electronic filing rights with the District of Maine, PHV counsel will now need to submit a PRO HAC VICE request in this District via PACER at www.pacer.uscourts.gov. Note: if the E-File Registration Only link is selected instead of the Pro Hac Vice link the request will be rejected.**

I hereby request admission to the Bar of this Court Pro Hac Vice, in support of which I represent that the answer to the following questions are complete, true and correct:

1. Name: __Neal Kumar Katyal__

2. State bar membership number(s): __District of Columbia - 462071__

3. Firm name, address and telephone number:
   __Hogan Lovells US LLP__
   __555 Thirteenth St. NW, Washington, DC 20004 - (202) 637-5600__

4. List state and federal courts or bar associations in which you are a member in good standing to practice law:
   __See attached__

5. Name, address and telephone number of associated local counsel:
   __David M. Kallin & Adam R. Cote__
   __Drummond Woodsum, 84 Marginal Way Suite 600, Portland, ME 04101 (207) 772-1941__

6. Party name(s) entering appearance for:
   __EqualCitizens; Cara McCormick; Peter McCormick; Rick Bennett__

7. Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar associated, grievance committee or administrative body?   ☐ Yes   ☒ No

8. Have any proceedings, which could lead to any such disciplinary actions as described in question 7, been instituted against you by any such bodies?   ☐ Yes   ☒ No
   (You must attach a separate sheet with detailed explanations of Yes answers to Questions 7 or 8.)

9. Are you familiar with the Federal Rules of Evidence, the Federal Rules of Civil or Criminal Procedure (as applicable to this case) and the local rules of this Court?   ☒ Yes   ☐ No

Dated: __01/24/2025__          __/s/ David M. Kallin__
                                Signature of Local Counsel

Dated: __01/24/2025__          __/s/ Neal Kumar Katyal__
                                Signature of Applicant

Neal Kumar Katyal
Court Admissions

| **Court** | **Date of Admission** |
|---|---|
| U.S. Supreme Court | December 16, 2002 |
| U.S. Court of Appeals for the First Circuit | April 21, 2016<br><br>(Bar Number 1174716) |
| U.S. Court of Appeals for the Second Circuit | July 7, 2008<br><br>(Bar Number 08-193075) |
| U.S. Court of Appeals for the Third Circuit | February 16, 2018 |
| U.S. Court of Appeals for the Fourth Circuit | March 14, 2011 |
| U.S. Court of Appeals for the Fifth Circuit | May 1, 2015 |
| U.S. Court of Appeals for the Sixth Circuit | July 3, 2001 |
| U.S. Court of Appeals for the Seventh Circuit | October 4, 2011 |
| U.S. Court of Appeals for the Eighth Circuit | July 3, 2012 |
| U.S. Court of Appeals for the Ninth Circuit | October 17, 2012 |

| | |
|---|---|
| U.S. Court of Appeals for the Tenth Circuit | June 15, 2012 |
| U.S. Court of Appeals for the Eleventh Circuit | March 28, 2018 |
| U.S. Court of Appeals for the Federal Circuit | October 11, 2012 |
| U.S. Court of Appeals for the D.C. Circuit | February 23, 1999 (Bar No. 46044) |
| Washington DC | January 11, 1999 (Bar No. 462071) |
| Maryland | June 10, 2016 (Bar No. 1606100002) |
| U.S. District Court for the District of Columbia and Bankruptcy Courts | May 9, 2017 (Bar No. 462071) |
| U.S. District Court for the District of Maryland | February 26, 2021 (Bar No. 21694) |
| U.S. Court of International Trade | March 14, 2018 |