United States District Court
District of Maine

| | |
|---|---|
| Dinner Table Action, *et al.*, | ) |
| | ) |
|        Plaintiffs, | ) |
| v. | )    No. 1:24-cv-00430-KFW |
| | ) |
| William Schneider, *et al.*, | ) |
| | ) |
|        Defendants. | ) |

### *Amicus Curiae* Mainers for Working Families
### Corporate Disclosure

Under Local Rule 7.1, *Amicus Curiae* Mainers for Working Families states that it is a non-profit organization and that does not have any shareholders, and thus no parent corporation, publicly held corporation, affiliated corporation, limited liability company, partnership, firm, joint venture, trust, or other entity, or any individual owns 10% or more of its stock or has 10% or more ownership interest in the entity.

| | |
|---|---|
| Dated: February 7, 2025 | Respectfully submitted, |
| | /s/ Peter J. Brann |
| | Peter J. Brann |
| | Brann & Isaacson |
| | 113 Lisbon St., P.O. Box 3070 |
| | Lewiston, ME  04243-3070 |
| | (207) 786-3566 |
| | pbrann@brannlaw.com |
| | |
| | Amira Mattar* |
| | John Bonifaz* |
| | Ben Clements* |
| | Courtney Hostetler* |
| | Sage Snider* |
| | FREE SPEECH FOR PEOPLE |
| | 28 S. Main St., Suite 200 |
| | Sharon, Massachusetts 02067 |
| | (617) 244-0234 |
| | amattar@freespeechforpeople.org |
| | jbonifaz@freespeechforpeople.org |
| | bclements@freespeechforpeople.org |
| | chostetler@freespeechforpeople.org |
| | sage@freespeechforpeople.org |
| | *pro hac vice forthcoming* |
| | |
| | *Attorneys for Amicus Curiae* |
| | *Mainers for Working Families* |