**Total Candidate and PAC IE Spending (2010-2024)**

| | 2010 | 2012 | 2014 | 2016 | 2018 | 2020 | 2022 | 2024 |
|---|---|---|---|---|---|---|---|---|
| **Gubernatorial Races** | | | | | | | | |
| *Candidate Spending (MCEA)* | $ 3,237,764.58 | | $ - | | $ 2,947,792.11 | | $ - | |
| *Candidate Spending (Traditional)* | $ 12,242,710.65 | | $ 8,198,515.22 | | $ 7,923,225.76 | | $ 8,465,788.36 | |
| Total Candidate Spending | $ 15,480,475.23 | | $ 8,198,515.22 | | $ 10,871,017.87 | | $ 8,465,788.36 | |
| PAC IEs | $ 3,556,451.23 | | $ 10,277,526.71 | | $ 8,217,259.65 | | $ 13,651,412.62 | |
| | | | | | | | | |
| **Other State and County Races** | | | | | | | | |
| *Candidate Spending (MCEA)* | $ 3,204,183.74 | $ 2,070,398.96 | $ 1,885,367.50 | $ 3,209,208.07 | $ 3,357,717.76 | $ 3,755,093.22 | $ 4,570,596.03 | $ 4,270,418.05 |
| *Candidate Spending (Traditional)* | $ 661,300.44 | $ 1,412,603.52 | $ 1,968,625.74 | $ 1,501,858.60 | $ 1,716,537.94 | $ 1,599,365.44 | $ 1,775,739.23 | $ 1,300,214.70 |
| Total Candidate Spending | $ 3,865,484.18 | $ 3,483,002.48 | $ 3,853,993.24 | $ 4,711,066.67 | $ 5,074,255.70 | $ 5,354,458.66 | $ 6,346,335.26 | $ 5,570,632.75 |
| PAC IEs | $ 833,643.71 | $ 1,607,278.62 | $ 1,224,653.92 | $ 1,483,275.20 | $ 1,334,111.72 | $ 1,354,811.62 | $ 3,530,833.35 | $ 3,531,727.89 |