### PACs With Over $100,000 in Independent Expenditures (2022, 2024)

| Committee Name | Year | Total Contributions | Total Spending | Total IE Spending | 5k+ Contributors | # Races S/O |
|---|---|---|---|---|---|---|
| American Leadership Committee - Maine | 2022 | $396,076.80 | $473,472.80 | $394,104.57 | 1 | 25 |
| Better Maine | 2022 | $9,381,132.68 | $9,381,132.68 | $9,221,777.91 | 3 | 1 |
| Blueprint for Maine's Future | 2022 | $246,500.00 | $246,483.98 | $244,503.98 | 1 | 36 |
| Citizens Who Support Maine's Public Schools | 2022 | $729,000.00 | $757,139.70 | $471,375.16 | 3 | 57 |
| Dinner Table Action | 2022 | $333,948.57 | $433,175.95 | $267,929.11 | 6 | 25 |
| House Republican Fund | 2022 | $522,786.78 | $571,067.84 | $223,529.12 | 11 | 69 |
| Maine Behind the Numbers | 2022 | $119,216.83 | $119,216.83 | $106,509.68 | 3 | 2 |
| MAINE CONSERVATION VOTERS ACTION FUND | 2022 | $1,088,103.00 | $977,575.67 | $817,282.21 | 6 | 36 |
| Maine Families First | 2022 | $2,945,000.00 | $2,930,354.57 | $2,896,310.07 | 2 | 1 |
| Maine Justice & Public Safety PAC | 2022 | $384,810.43 | $384,810.43 | $384,345.43 | 2 | 1 |
| MAINE SENATE REPUBLICAN MAJORITY | 2022 | $833,548.89 | $968,313.27 | $132,160.79 | 27 | 11 |
| Maine Strong | 2022 | $261,959.12 | $261,316.81 | $261,199.46 | 10 | 1 |
| Pine Tree Action PAC | 2022 | $184,029.60 | $183,650.42 | $176,450.80 | 1 | 13 |
| PLANNED PARENTHOOD MAINE ACTION FUND PAC | 2022 | $924,298.92 | $975,155.83 | $836,059.62 | 8 | 39 |
| REBUILD MAINE | 2022 | $894,891.26 | $861,667.66 | $244,854.50 | 16 | 44 |
| U.S. Term Limits | 2022 | $156,160.42 | $156,160.42 | $156,160.42 | 1 | 27 |
| **TOTAL** | | **$19,401,463.30** | **$19,680,694.86** | **$16,834,552.83** | **101** | |
| Citizens Who Support Maine's Public Schools | 2024 | $372,000.00 | $317,432.50 | $217,950.00 | 4 | 33 |
| Dinner Table Action | 2024 | $291,255.42 | $426,441.46 | $377,770.37 | 6 | 10 |
| The House Republican Fund | 2024 | $924,457.50 | $944,475.21 | $559,463.20 | 16 | 38 |
| MAINE CONSERVATION VOTERS ACTION FUND | 2024 | $248,792.29 | $263,461.44 | $204,089.04 | 5 | 24 |
| Maine Senate Republicans | 2024 | $1,115,073.72 | $1,334,266.64 | $961,843.13 | 21 | 14 |
| PLANNED PARENTHOOD MAINE ACTION FUND PAC | 2024 | $261,421.54 | $299,086.82 | $171,329.98 | 8 | 40 |
| REBUILD MAINE | 2024 | $640,750.00 | $693,540.06 | $348,440.06 | 18 | 59 |
| Renew the American Dream | 2024 | $334,375.00 | $329,000.71 | $327,005.62 | 3 | 18 |
| **TOTAL** | | **$4,188,125.47** | **$4,607,704.84** | **$3,167,891.40** | **81** | |

**Aggregate Contributions over $5,000 to PACs Making Over $100,000 in IEs (2022, 2024)**

| Committee Name | Year | Contributor | Total Contribution | In Kind Contribution |
|---|---|---|---|---|
| American Leadership Committee - Maine | 2022 | Democratic Legislative Campaign Committee | $474,222.80 | |
| Better Maine | 2022 | Democratic Governors Association | $9,273,216.82 | $15,148.91 |
| | 2022 | Emily's List Maine | $101,001.00 | |
| | 2022 | MAINE CONSERVATION VOTERS ACTION FUND | $5,914.86 | |
| Blueprint for Maine's Future | 2022 | Maine Civic Action | $243,500.00 | |
| Citizens Who Support Maine's Public Schools | 2022 | Maine Education Association | $264,000.00 | $10,224.77 |
| | 2022 | National Education Association | $165,000.00 | |
| | 2022 | NEA Advocacy Fund | $300,000.00 | |
| | 2024 | Maine Education Association | $247,000.00 | $2,815.32 |
| | 2024 | Maine Votes | | $8,317.00 |
| | 2024 | National Education Association | $25,000.00 | |
| | 2024 | NEA Advocacy Fund | $100,000.00 | |
| Dinner Table Action | 2022 | Edward Caldwell | $10,005.00 | |
| | 2022 | Norm Elvin | $9,500.00 | |
| | 2022 | Edwin Frost | $50,480.00 | |
| | 2022 | Maine Republican Party | $25,000.00 | |
| | 2022 | Make Liberty Win PAC | $45,000.00 | |
| | 2022 | We the People PAC | $10,000.00 | |
| | 2024 | Cordelia Lane | $8,000.00 | |
| | 2024 | Fight for Freedom | $22,640.00 | |
| | 2024 | For Our Future | $100,000.00 | |
| | 2024 | Free Maine Campaign | $25,000.00 | |
| | 2024 | Sean Burke | $6,015.00 | |
| | 2024 | Women's Leadership Fund | $7,000.00 | |
| House Republican Fund/The House Republican Fund | 2022 | ABC PAC | $10,000.00 | |
| | 2022 | AMERICAN CHEMISTRY COUNCIL | $11,500.00 | |
| | 2022 | Anthem Blue Cross Blue Shield | $7,000.00 | |
| | 2022 | AVANGRID MAINE PAC | $10,000.00 | |
| | 2022 | CHURCHILL DOWNS | $8,000.00 | |
| | 2022 | MAINE ASSOCIATION OF REALTORS PAC | $6,500.00 | |
| | 2022 | MAINE BANKERS ASSOCIATION POLITICAL ACTION COMMITTEE | $5,250.00 | |
| | 2022 | MAINE TRUCK PAC | $25,000.00 | |
| | 2022 | RAI Services Company | $6,000.00 | |
| | 2022 | Republican State Leadership Committee | $325,000.00 | |
| | 2022 | Spectrum Management Services Co LLC | $6,750.00 | |
| | 2024 | Altria Client Services LLC | $6,500.00 | |
| | 2024 | AVANGRID MAINE PAC | $10,500.00 | |
| | 2024 | Bernstein Shur | $5,500.00 | |
| | 2024 | Carrier Capital Group, LLC | $10,000.00 | |
| | 2024 | Charter Communications | $12,000.00 | |
| | 2024 | Churchill Downs | $10,000.00 | |
| | 2024 | Elevance Health, Inc. | $7,500.00 | |
| | 2024 | Faulkinghammer PAC | $21,000.00 | |
| | 2024 | Grover Gaming Inc. | $50,000.00 | |
| | 2024 | MAINE BANKERS ASSOCIATION POLITICAL ACTION COMMITTEE | $10,900.00 | |
| | 2024 | Maine Optometric Association | $5,500.00 | |
| | 2024 | MAINE TRUCK PAC | $15,000.00 | |
| | 2024 | Republican State Leadership Committee (RSLC) | $475,000.00 | |
| | 2024 | The Concord Fund | $100,000.00 | |
| | 2024 | Karleton Ward | $20,000.00 | |
| | 2024 | WOMEN'S LEADERSHIP FUND | $5,500.00 | |
| Maine Behind the Numbers | 2022 | Michael Lambert | $10,000.00 | |
| | 2022 | MECEP Action | $351.10 | $38,495.69 |
| | 2022 | Rebuild Maine | $50,000.00 | $5,000.00 |
| MAINE CONSERVATION VOTERS ACTION FUND | 2022 | Better Maine | | $5,914.86 |
| | 2022 | Sara Gideon | $25,000.00 | |
| | 2022 | League of Conservation Voters Victory Fund | $700,000.00 | |
| | 2022 | MAINE CONSERVATION VOTERS | $200,000.00 | $4,368.96 |
| | 2022 | Rebuild Maine | $110,100.00 | |
| | 2022 | Dan Tishman | $24,500.00 | |
| | 2024 | Daniel Amory | $5,103.45 | |
| | 2024 | Daniel Hildreth | $10,000.00 | |
| | 2024 | LCV Victory Fund | $170,000.00 | |
| | 2024 | Maine Votes | | $8,317.00 |
| | 2024 | Rebuild Maine | $85,000.00 | |
| Maine Families First | 2022 | Thomas Klingenstein | $2,945,000.00 | |
| | 2022 | American Principles Project | | $10,482.59 |
| Maine Justice & Public Safety PAC | 2022 | Democracy PAC II | $384,810.43 | |
| | 2022 | Justice & Public Safety PAC | | $56,121.30 |
| MAINE SENATE REPUBLICAN MAJORITY | 2022 | ABC PAC | $10,000.00 | |
| | 2022 | ALTRIA CLIENT SERVICES LLC | $10,000.00 | |
| | 2022 | AMERICAN CHEMISTRY COUNCIL | $12,500.00 | |
| | 2022 | Anthem Blue Cross Blue Shield | $7,500.00 | |
| | 2022 | AVANGRID MAINE PAC | $20,000.00 | |

| | | | | |
|---|---|---|---|---|
| | 2022 | Bernstein Shur | $5,500.00 | |
| | 2022 | Casella Waste Systems | $7,500.00 | |
| | 2022 | DIRIGO PAC | $7,580.00 | |
| | 2022 | GOPAC | $77,250.00 | |
| | 2022 | GOPAC Election Fund | $6,500.00 | |
| | 2022 | MAINE ASSOCIATION OF REALTORS PAC | $6,500.00 | |
| | 2022 | Maine Bankers Association | $5,250.00 | |
| | 2022 | Maine Beverage Association | $5,580.00 | |
| | 2022 | Maine Energy Marketers Association Energy PAC For Maine | $5,250.00 | |
| | 2022 | Maine Prosperity Alliance | $20,000.00 | |
| | 2022 | MAINE TRUCK PAC | $25,000.00 | |
| | 2022 | On the Road to Maine's Future | $30,000.00 | |
| | 2022 | Pelletier, John | $5,518.50 | |
| | 2022 | Pfizer PAC | $7,500.00 | |
| | 2022 | PhRMA | $10,600.00 | |
| | 2022 | PIERCE ATWOOD LLP | $5,500.00 | |
| | 2022 | Presque Isle Republican Committee | $21,000.00 | |
| | 2022 | PROSPERITY FOR MAINE'S FUTURE | $50,000.00 | |
| | 2022 | Republican State Leadership Committee | $200,000.00 | $22,000.00 |
| | 2022 | Spectrum Management Services | $6,500.00 | |
| | 2022 | STILL FED UP WITH TAXES | $85,000.00 | |
| | 2022 | Versant Power | $7,500.00 | |
| Maine Senate Republicans | 2024 | Altria Client Services LLC | $6,500.00 | |
| | 2024 | AVANGRID MAINE PAC | $10,500.00 | |
| | 2024 | Bernstein Shur | $5,500.00 | |
| | 2024 | Charter Communications | $12,500.00 | |
| | 2024 | Churchill Downs | $17,500.00 | |
| | 2024 | Elevance Health, Inc. | $7,500.00 | |
| | 2024 | Grover Gaming, Inc. | $50,000.00 | |
| | 2024 | James Johnston | $10,000.00 | |
| | 2024 | MAINE BANKERS ASSOCIATION POLITICAL ACTION COMMITTEE | $10,500.00 | |
| | 2024 | MAINE OPTOMETRIC ASSOCIATION PAC | $5,900.00 | |
| | 2024 | MAINE SENATE REPUBLICAN MAJORITY | $27,644.62 | |
| | 2024 | Maine Truck PAC | $15,000.00 | |
| | 2024 | Merck Sharp & Dohme LLC | $6,000.00 | |
| | 2024 | Ocean Associates, LLC | $6,000.00 | |
| | 2024 | On the Road to Maine's Future | $35,000.00 | |
| | 2024 | John Pelletier | $12,500.00 | |
| | 2024 | Republican State Leadership Committee | $600,000.00 | |
| | 2024 | Spectrum Management Services Co. LLC | $6,250.00 | |
| | 2024 | STILL FED UP WITH TAXES | $20,000.00 | |
| | 2024 | UNUM | $6,000.00 | |
| | 2024 | Karleton Ward | $20,000.00 | |
| Maine Strong | 2022 | Action Fund | $57,000.00 | |
| | 2022 | California Nurses Association/National Nurses Organizing Committee | $10,000.00 | |
| | 2022 | Democratic Legislative Campaign Committee | $50,000.00 | |
| | 2022 | MAINE SERVICE EMPLOYEES ASSOCIATION - PASER | $10,000.00 | |
| | 2022 | Painer's & Allied Trades DC #35 PAC | $25,000.00 | |
| | 2022 | Rebuild Maine | $15,000.00 | |
| | 2022 | Michael Sadowsky | $12,500.00 | |
| | 2022 | Nishad Singh | $12,500.00 | |
| | 2022 | Special Election Victory Fund | $6,709.12 | |
| | 2022 | The PAC for America's Future - ME | $50,000.00 | |
| Pine Tree Action PAC | 2022 | Forward Majority Action | $183,029.60 | |
| Planned Parenthood Maine Action Fund | 2022 | Better Maine | $200,000.00 | |
| | 2022 | Jennifer Goodspeed | $5,250.00 | |
| | 2022 | Karen Harris | $10,000.00 | |
| | 2022 | Margot Milliken | $15,000.00 | |
| | 2022 | Planned Parenthood Action Fund | $330,000.00 | |
| | 2022 | Planned Parenthood Votes | $100,000.00 | |
| | 2022 | Rebuild Maine | $221,000.00 | |
| | 2022 | Daniel Tishman | $24,500.00 | |
| | 2024 | John & Linda Coleman | $5,162.70 | |
| | 2024 | Scott Denman | $7,000.00 | |
| | 2024 | Rob Gips | $5,162.70 | |
| | 2024 | Diana Lee | $15,487.70 | |
| | 2024 | Maine Votes | $55,000.00 | $8,317.00 |
| | 2024 | Planned Parenthood Action Fund | $50,000.00 | |
| | 2024 | Rebuild Maine | $90,000.00 | $1,500.00 |
| | 2024 | Sheryl Tishman | $25,000.00 | |
| Rebuild Maine | 2022 | America Votes Action Fund | $90,000.00 | |
| | 2022 | American Federal of State, County, and Municipal Employees - AFSCME | $100,629.64 | $20,000.00 |
| | 2022 | Citizens Who Support Maine's Public Schools | $75,000.00 | |
| | 2022 | Communications Workers of America | $15,000.00 | |
| | 2022 | Daniel Hildreth | $10,000.00 | |
| | 2022 | MAINE CONSERVATION VOTERS | $40,000.00 | $2,387.42 |

| | 2022 | MAINE DEMOCRATIC STATE COMMITTEE | | $17,540.20 |
|---|---|---|---|---|
| | 2022 | Maine Education Association | | $11,489.83 |
| | 2022 | MAINE PEOPLE'S ALLIANCE | $265,000.00 | $3,030.31 |
| | 2022 | MAINE PEOPLE'S ALLIANCE/MAINE VOTES | $147,500.00 | $38,190.16 |
| | 2022 | MSEA-SEIU LOCAL 1989 | $7,500.00 | $8,022.07 |
| | 2022 | Planned Parenthood Maine Action Fund | $15,000.00 | $3,812.13 |
| | 2022 | Professional Fire Fighters of Maine | $25,000.00 | |
| | 2022 | Sara Gideon for Maine | $25,000.00 | |
| | 2022 | SERVICE EMPLOYEES INTERNATIONAL UNION | $67,500.00 | |
| | 2022 | Waterfront Strategies | $11,261.62 | |
| | 2024 | Justin Alfond | $50,000.00 | |
| | 2024 | American Federal of State, County, and Municipal Employees - AFSCME | | $23,000.00 |
| | 2024 | Daniel Tishman | $65,000.00 | |
| | 2024 | Democratic Legislative Campaign Committee | $100,000.00 | |
| | 2024 | Elizabeth Marie Delucia-Harting | $15,000.00 | |
| | 2024 | Emily's List Maine | $25,000.00 | |
| | 2024 | Frederick "Fritz" Onion | $50,000.00 | |
| | 2024 | Lisa M. Gorman | $10,000.00 | |
| | 2024 | Maine Center for Economic Policy Action | $10,000.00 | |
| | 2024 | MAINE DEMOCRATIC STATE COMMITTEE | | $11,740.70 |
| | 2024 | Maine Votes | $80,000.00 | $18,313.35 |
| | 2024 | Michael Lambert | $20,000.00 | |
| | 2024 | Robert Monks | $25,000.00 | |
| | 2024 | MSEA-SEIU Local 1989 | $115,000.00 | $3,083.39 |
| | 2024 | Peter Milliken | $15,000.00 | |
| | 2024 | Planned Parenthood Maine Action Fund | | $6,550.00 |
| | 2024 | Susanna Weld | $25,000.00 | |
| | 2024 | Virginia and Robert French | $10,000.00 | |
| Renew the American Dream | 2024 | Maine Civic Action | $300,000.00 | |
| | 2024 | Revive Home Town Maine PAC | $7,500.00 | |
| | 2024 | STILL FED UP WITH TAXES | $20,000.00 | |
| U.S. Term Limits | 2022 | U.S. Term Limits | $156,160.42 | |