# Exhibit A

## OpenSecrets Campaign Finance Data

## February 2025

The following tables summarize campaign finance data collected by OpenSecrets from federal government agencies. All data pertains to federal elections; this report does not address state or local elections.

## 1 Independent Expenditures by Multi-candidate and Single Candidate Super PACs

The data below show the number of super PACs active in election cycles spanning the last fourteen to fifteen years. Since 2012, the number of active super PACs increased from 280 to 745 in 2024. These groups spent $622.7 million in independent expenditures on elections in 2012 (presidential cycle), and that figure grew to $4.1 billion in 2024 — a 561.9% change. You can view this increase over time in the chart in Figure 2, and across the granular numbers in the tables below.

Table 1: **Number of Active Single-Candidate (SC) vs Multi-Candidate Super PACs per Cycle**

| Cycle | # Super PACs | # SC PACs | SC PAC Ratio | % Spending by SC PACs |
|---|---|---|---|---|
| 2012 | 280 | 101 | 36.1% | 45.8% |
| 2014 | 255 | 94 | 36.9% | 15.7% |
| 2016 | 412 | 161 | 39.1% | 51.4% |
| 2018 | 456 | 149 | 32.7% | 14.1% |
| 2020 | 675 | 250 | 37% | 36.1% |
| 2022 | 704 | 224 | 31.8% | 19.1% |
| 2024 | 745 | 305 | 40.9% | 47.2% |

** Includes Carey Committees. OpenSecrets did not track single-candidate groups as a sub-category in the 2010 cycle.

(See next page for additional figures)

Figure 1



**Number of Active Super PACs per Election Cycle**

Table 2: **Independent Expenditures by All Active Super PACs and Single-Candidate (SC) Super PACs by Cycle**

| Cycle | Super PACs Total | SC Super PACs Total | % Spending by SC PACs |
|---|---|---|---|
| 2010 | $62,621,749 | n/a | n/a |
| 2012 | $622,685,613 | $285,076,588 | 45.8% |
| 2014 | $347,830,494 | $54,437,263 | 15.7% |
| 2016 | $1,113,639,661 | $571,938,527 | 51.4% |
| 2018 | $894,271,023 | $126,328,636 | 14.1% |
| 2020 | $2,691,227,570 | $972,479,946 | 36.1% |
| 2022 | $1,932,081,813 | $368,731,623 | 19.1% |
| 2024 | $4,121,586,390 | $1,947,125,040 | 47.2% |
| **Total** | $11,785,944,313 | $4,326,117,623 | – |

** Includes Carey Committees. OpenSecrets did not track single-candidate groups as a sub-category in the 2010 cycle.



Figure 2

## 1.1 Summary:

- A total of $11,785,944,313 has been spent by super PACs in independent expenditures since 2010.

- From 2012 to 2024, the number of active registered super PACs increased 2.66-fold.

# 2 Dark Money by Cycle

OpenSecrets tracks the instance of contributions originating from "dark" or undisclosed sources. While super PACs legally must disclose their donors, because super PACs can accept money from 501(c)4 groups and corporations, there are instances of donors disclosed by super PACs that are opaque. OpenSecrets considers a contributor to be "dark" if unable to find evidence connecting a named entity to an identifiable individual or any business activities, or if the contributor is a nonprofit that is not required to disclose its own donors.

The below tables illustrate the instance of "dark" contributions to super PACs from 2010 to 2024. In 2012, 6.0% of the overall receipts to super PACs were from dark sources. That figure grew to 19.2% in 2024. In 2012, the total amount of money given to super PACs by dark sources was $50.1M and in 2024, approximately $1.3B, reflecting a 26-fold increase over those years. In short, the data show that the percentage and amount of super PAC receipts from dark sources has increased significantly over time.

Figure 3



Table 3: **Super PAC Receipts and Dark Super PAC Receipts by Cycle**

| Cycle | Total Super PAC Receipts | Dark Super PAC Receipts | Percentage |
|---|---|---|---|
| 2010 | $86,537,482 | $6,623,404 | 7.7% |
| 2012 | $829,993,699 | $50,054,166 | 6.0% |
| 2014 | $694,417,167 | $39,767,990 | 5.7% |
| 2016 | $1,758,560,611 | $71,674,593 | 4.1% |
| 2018 | $1,615,485,736 | $178,221,289 | 11.0% |
| 2020 | $4,142,070,877 | $651,479,032 | 15.7% |
| 2022 | $3,636,771,096 | $617,557,041 | 17.0% |
| 2024 | $6,872,032,572 | $1,316,592,536 | 19.2% |
| **Total** | $19,635,869,239 | $2,931,970,051 | – |

\*\* Figures through the post-general 2024 FEC reports. Includes Carey Committees.

## 2.1 Summary:

- Since 2010, a total of $2,931,970,051 in dark contributions have been made to super PACs.
- Every election cycle since 2018 has seen an increase in the overall percentage of dark money accounted for in total super PAC receipts per cycle.

## 3  Itemized Super PAC Individual Donors

OpenSecrets assigns unique IDs to all donors, allowing tracking for total contributions across time and recipient. The data in this section highlights how many unique donors gave super PACs $1,000+ and $1 million+, and the percentage of overall donations that these contributions comprise.

In 2012, there were 20,282 unique donors, with 7,633 donors giving $1,000+, and 93 donors giving $1M+. In 2024, there were 302,747 donors (1,392.7% increase), with 76,260 donors giving $1,000+ (899% increase), and 337 donors giving $1M+ (262.4% increase).

The amounts given by $1M+ donors increased from $335M in 2012 to $2.5B in 2024 (654.5% increase). Granular data is shared across the tables and figures.

Table 4: **Unique Individual Donors Giving ≥ $1k to Super PACs per Cycle**

| Cycle | Unique Donors | Unique $1k+ Donors | Total from $1k+ Donors |
|---|---|---|---|
| 2010 | 6,576 | 2,018 | $36,093,280 |
| 2012 | 20,282 | 7,633 | $519,824,185 |
| 2014 | 23,977 | 7,816 | $381,424,816 |
| 2016 | 48,569 | 15,817 | $1,097,020,130 |
| 2018 | 60,917 | 16,687 | $913,655,446 |
| 2020 | 446,963 | 101,381 | $2,137,941,023 |
| 2022 | 167,254 | 49,247 | $1,788,701,614 |
| 2024 | 302,747 | 76,260 | $3,270,724,333 |
| **Total** | – | – | $10,145,384,827 |

** Figures through the post-general 2024 FEC reports. Includes Carey Committees. Amounts are aggregate amounts given by that contributor to super PACs in a cycle. ActBlue and WinRed were excluded from this analysis. These values reflect all individual donors who gave $200+ in aggregate. Organizations are not included.

Table 5: **Unique Individual Donors Giving ≥ $1M to Super PACs per Cycle**

| Cycle | Unique $1M+ Donors | % of Donor Pop | Total from $1M+ Donors | % of $ from $1M+ Donors |
|---|---|---|---|---|
| 2010 | 7 | 0.11% | $17,010,000 | 45% |
| 2012 | 93 | 0.46% | $334,980,465 | 63.9% |
| 2014 | 55 | 0.23% | $242,759,575 | 62.6% |
| 2016 | 146 | 0.30% | $823,382,589 | 74.2% |
| 2018 | 118 | 0.19% | $697,756,074 | 74.9% |
| 2020 | 217 | 0.05% | $1,530,606,012 | 67% |
| 2022 | 201 | 0.12% | $1,337,896,277 | 72.7% |
| 2024 | 337 | 0.11% | $2,527,382,181 | 75.1% |
| **Total** | – | – | $7,511,773,173 | – |

** Figures through the post-general 2024 FEC reports. Includes Carey Committees. Amounts are aggregate amounts given by that contributor to super PACs in a cycle. ActBlue and WinRed were excluded from this analysis. This table reflects the percentage of itemized individual contributions that came from the $1M+ donors, not of all super PAC receipts – which would include non-individual donors and unitemized totals.

Figure 4



(See next page for additional figures)



Figure 5

## 3.1 Summary:

- Since 2016, on average, 72.59% of itemized individual contributions to super PACs came from individuals who contributed $1 million+ to super PACs per cycle on aggregate.

- In the 2024 election cycle, 75.1% of all contributions made by individuals to super PACs came from individuals that donated over $1 million in aggregate that cycle.

# 4 Super PAC Donor Ideological Breakdown

OpenSecrets classifies super PACs based on ideology. The data below illustrate the number of $200+ individual donors to super PACs, and the total amount contributed, by ideology over time. OpenSecrets also tracks the number of $1,000+ donors to super PACs by ideology.

Table 6: **Unique Itemized Donors to Super PACs by Ideology**

| Cycle | # Lib Donors | # Consv Donors | # Other Donors |
|---|---|---|---|
| 2010 | 1,847 | 4,722 | 7 |
| 2012 | 4,986 | 14,737 | 420 |
| 2014 | 11,699 | 12,147 | 132 |
| 2016 | 19,049 | 28,587 | 1,058 |
| 2018 | 43,157 | 14,843 | 2,909 |
| 2020 | 407,034 | 36,478 | 3,423 |
| 2022 | 132,353 | 29,426 | 5,892 |
| 2024 | 253,020 | 42,993 | 6,557 |

Table 7: **Contributions from *$1K+* Donors to Super PACs by Ideology**

| Cycle | Total Lib | # Lib Donors | Total Consv | # Consv Donors | Other Total | # Other |
|---|---|---|---|---|---|---|
| 2010 | $7,952,225 | 544 | $28,100,505 | 1,467 | $40,300 | 7 |
| 2012 | $155,343,339 | 2,156 | $359,616,501 | 5,268 | $3,975,632 | 145 |
| 2014 | $218,821,493 | 3,701 | $161,377,405 | 4,066 | $1,196,882 | 57 |
| 2016 | $478,384,872 | 5,219 | $615,472,464 | 10,349 | $3,219,574 | 337 |
| 2018 | $467,604,604 | 10,788 | $413,729,342 | 4,787 | $31,541,276 | 1,095 |
| 2020 | $1,110,043,466 | 89,718 | $1,002,260,250 | 10,247 | $24,231,782 | 1,206 |
| 2022 | $794,273,712 | 37,547 | $916,394,396 | 9,658 | $75,996,454 | 2,089 |
| 2024 | $975,915,543 | 60,083 | $2,012,877,308 | 12,887 | $278,861,532 | 3,217 |
| **Total** | **$4,208,339,254** | – | **$5,509,828,171** | – | **$419,063,432** | – |

\*\* Figures through the post-general 2024 FEC reports. Includes Carey Committees. Amounts are aggregate amounts given by that contributor to super PACs in a cycle. ActBlue and WinRed were excluded from this analysis.

### 4.1 Summary:

- The number of unique individual donors that gave a minimum of $1k to conservative-leaning super PACs per election cycle outnumbered those who gave to liberal-leaning super PACs from 2010-2016. In 2018, the tables flipped, and individual $1k+ donors to liberal super PACs began outnumbering donors to conservative super PACs.

- Since 2012, liberal and conservative super PACs have witnessed an increase in the number of $1k+ donors by 2,686.8% and 144.6% respectively.