UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| DINNER TABLE ACTION et al.,<br><br>Plaintiffs,<br><br>v.<br><br>WILLIAM J. SCHNEIDER et al.,<br><br>Defendants. | Docket No. 1:24-cv-00430-KFW |

**DECLARATION OF JONATHAN BOLTON**
**(pursuant to 28 U.S.C. § 1746)**

I, Jonathan Bolton, Esq., hereby declare as follows:

1. I am over the age of 18 and reside in Harpswell, Maine.

2. I am employed by the Office of the Maine Attorney General as an Assistant Attorney General. I am counsel of record for Defendants in this action.

3. I submit this declaration to provide the Court with various official records that support Defendants' opposition to Plaintiffs' motion for a permanent injunction (ECF No. 16).

4. Attached as Exhibit A is a true and correct copy of a Superseding Indictment filed in *United States v. Menendez*, 2:15-cr-00155-WHW (D.N.J.), as maintained on the federal courts' PACER electronic filing system.

5. Attached as Exhibit B is a true and correct copy of an Indictment filed in *United States v. Householder*, 1:20-cr-00077-TSB (S.D. Ohio), together with the verdict form returned in that case concerning Mr. Householder, both as maintained on the federal courts' PACER electronic filing system.

1

6. Attached as Exhibit C is a true and correct copy of the legislative committee file for L.D. 2232 (131st Legis.), the citizen-initiated legislation that was enacted by voters as Question 1 at the November 2024 election, as was provided to me by the Maine Law and Legislative Reference Library, a nonpartisan office of the Maine State Legislature.

7. Attached as Exhibit D is a true and correct copy of the Governor's Proclamation concerning the November 2024 referendum election, as was provided to me by the Department of Secretary of State.

8. Attached as Exhibit E is a true and correct copy of "An Act to Limit Contributions to Political Action Committees That Make Independent Expenditures," as enacted by Maine voters as I.B. 2023, ch. 4, as maintained at the official State of Maine website https://legislature.maine.gov/ros/LawsOfMaine/#Law.

I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: February 14, 2025                    /s/ Jonathan R. Bolton
                                            JONATHAN R. BOLTON
                                            Assistant Attorney General