

*State of Maine*

*Proclamation*

*An Act to Limit Contributions to Political Action Committees That Make Independent Expenditures*

**WHEREAS,** *the electors of the State of Maine presented to the One Hundred and Thirty-first Legislature, in the Second Regular Session, the above-entitled initiated bill, under the provisions of Article IV, Part Third, Section 18 of the Constitution of Maine; and*

**WHEREAS,** *the Legislature failed to enact such initiated bill; and*

**WHEREAS,** *the initiated bill was submitted to the electors for approval, by proclamation of the Governor, at the election held on the Tuesday following the first Monday in November, 2024; and*

**WHEREAS,** *it appears by the returns of the votes cast by the electors of the various cities, towns, and plantations voting upon said initiated bill on November 5, 2024, and communicated to the Governor on November 25, 2024, that a majority of said votes were in favor of this initiated bill becoming law; namely,*

*600,191 in favor, and*
*201,034 opposed;*

**NOW, THEREFORE, I, JANET T. MILLS,** *Governor of the State of Maine, in pursuance of the provisions of the Constitution of Maine in such case provided, declare said measure adopted, to take effect and become law according to the provisions of the Constitution of Maine, in Article IV, Part Third, Section 19.*



**IN TESTIMONY WHEREOF,** *I have caused the Great Seal of the State to be hereunto affixed given under my hand at Augusta this* 25th *day of* November *in the year Two Thousand and Twenty-four.*

**Janet T. Mills**
**Governor**

**Shenna Bellows**
**Secretary of State**