PUBLIC APPROVAL  
NOVEMBER 5, 2024

EFFECTIVE DATE  
DECEMBER 25, 2024

CHAPTER  
4  
INITIATED BILL

# STATE OF MAINE

---

IN THE YEAR OF OUR LORD

TWO THOUSAND TWENTY-FOUR

---

**I.B. 5 - L.D. 2232**

### An Act to Limit Contributions to Political Action Committees That Make Independent Expenditures

**Be it enacted by the People of the State of Maine as follows:**

**Sec. 1. 21-A MRSA §1015, sub-§2-C** is enacted to read:

**2-C. Contributions by individuals to political action committees making independent expenditures.** An individual may not make contributions aggregating more than $5,000 in any calendar year to a political action committee for the purpose of making independent expenditures under section 1019-B, subsection 1. Beginning December 1, 2024, contribution limits in accordance with this subsection are adjusted every 2 years based on the Consumer Price Index as reported by the United States Department of Labor, Bureau of Labor Statistics and rounded to the nearest amount divisible by $25. The commission shall post the current contribution limit and the amount of the next adjustment and the date that it will become effective on its publicly accessible website and include this information with any publication to be used as a guide for candidates.

**Sec. 2. 21-A MRSA §1015, sub-§2-D** is enacted to read:

**2-D. Contributions by political action committees and business entities to political action committees making independent expenditures.** A leadership political action committee, a separate segregated fund committee, a caucus political action committee, any other political action committee or any business entity may not make contributions aggregating more than $5,000 in any calendar year to a political action committee for the purpose of making independent expenditures under section 1019-B, subsection 1. Beginning December 1, 2024, contribution limits in accordance with this subsection are adjusted every 2 years based on the Consumer Price Index as reported by the United States Department of Labor, Bureau of Labor Statistics and rounded to the nearest amount divisible by $25. The commission shall post the current contribution limit and the amount of the next adjustment and the date that it will become effective on its publicly accessible website and include this information with any publication to be used as a guide for candidates. For purposes of this subsection, "business entity" includes a firm, partnership, corporation, incorporated association, labor organization or other organization, whether organized as a for-profit or a nonprofit entity.

**Sec. 3. 21-A MRSA §1019-B, sub-§4, ¶B,** as amended by PL 2023, c. 324, §12, is further amended to read:

B. A report required by this subsection must contain an itemized account of <u>the total contributions from each contributor,</u> each expenditure in excess of $250 in any one candidate's election, the date and purpose of each expenditure and the name of each payee or creditor. The report must state whether the expenditure is in support of or in opposition to the candidate and must include, under penalty of unsworn falsification, as provided in Title 17‑A, section 453, a statement whether the expenditure is made in cooperation, consultation or concert with, or at the request or suggestion of, the candidate or an authorized committee or agent of the candidate.

**Sec. 4. 21-A MRSA §1019-B, sub-§6** is enacted to read:

<u>**6. Segregated contributions required.** A political action committee may use only funds received in compliance with section 1015, subsection 2-C or 2-D when making independent expenditures. A political action committee that makes independent expenditures shall keep an account of any contributions received for the purpose of making those expenditures.</u>