# EXHIBIT 1

## Louvis, Ezra

| | |
|---|---|
| **From:** | Charles Miller <cmiller@ifs.org> |
| **Sent:** | Friday, February 14, 2025 7:18 PM |
| **To:** | Louvis, Ezra |
| **Cc:** | dkallin@dwmlaw.com; ACote@dwmlaw.com; jdunlap@pierceatwood.com; Neal Katyal |
| **Subject:** | Re: Dinner Table Action – Intervention |

**[EXTERNAL]**

Ezra,

Thanks for the reach out.

I don't think there is a compromise we can reach. We view your proper role to be amici, without the ability to introduce evidence or do other things a party can do.

Have a good holiday weekend.

Chip

Sent from my iPhone

> On Feb 14, 2025, at 2:29 PM, Louvis, Ezra <ezra.louvis@hoganlovells.com> wrote:
>
> Chip,
>
> I am emailing to follow up on the Court's instruction that we discuss possible conditions on the scope of intervention. Are there any conditions under which Plaintiffs would consent to the putative intervenors' participation as parties? As we have indicated in our prior filings, we are happy to commit to an expedited schedule. We do not intend to seek discovery from Plaintiffs beyond what the State requests, nor would we object to reasonable requests for additional pages or argument time to address intervenors' arguments.
>
> Thank you,
> Ezra

**Ezra Louvis**
Associate

**Hogan Lovells US LLP**
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004-1109
Tel:        +1 202 637 5600
Direct:    +1 202 637 5977
Fax:        +1 202 637 5910
Email:     ezra.louvis@hoganlovells.com

1

www.hoganlovells.com

**About Hogan Lovells**
Hogan Lovells is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP. For more information, see www.hoganlovells.com.

CONFIDENTIALITY. This email and any attachments are confidential, except where the email states it can be disclosed; it may also be privileged. If received in error, please do not disclose the contents to anyone, but notify the sender by return email and delete this email (and any attachments) from your system.

PRIVACY. Hogan Lovells processes personal data, including data relating to email communications, in accordance with the terms of its privacy policy which is available at www.hoganlovells.com/en/privacy.