## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MAINE

DINNER TABLE ACTION, *et al.*,

               Plaintiffs,

      v.

SCHNEIDER, *et al.*,

               Defendants,

Case No. 1:24-CV-00430-KFW

### REQUEST FOR LEAVE TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 83.2(c), Mackenzie Austin, requests leave to withdraw as counsel for Defendants EqualCitizens Foundation, Cara McCormick, Peter McCormick, and Senator Richard Bennett. In support of this request, Ms. Austin states as follows:

1.      I am currently admitted *pro hac vice* before this Court.

2.      I am leaving Milbank LLP on June 6, 2025, and will no longer be associated with Milbank LLP after that date.

3.      Defendants EqualCitizens Foundation, Cara McCormick, Peter McCormick, and Senator Richard Bennett will continue to be represented in this matter by David M. Kallin and Adam R. Cote of Drummond Woodsum as well as Neal Kumar Katyal, Ezra P. Louvis, and Nola Heller of Milbank LLP. My withdrawal will not cause any delay accordingly.

4.      As a result, I respectfully request that I be granted leave to withdraw as counsel for Defendants EqualCitizens Foundation, Cara McCormick, Peter McCormick, and Senator Richard Bennett in this matter.

DATED: June 6, 2025

*/s/ David M. Kallin*
David M. Kallin, Bar No. 4558
Adam R. Cote, Bar. No. 9213
DRUMMOND WOODSUM
84 Marginal Way, Suite 600
Portland, ME 04101-2480
(207) 772-1941
dkallin@dwmlaw.com
acote@dwmlaw.com

AND

Mackenzie Austin
MILBANK LLP
2029 Century Park East
33rd Floor
Los Angeles, California 90067
Telephone: (424) 386-4000
maustin@milbank.com