UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| DINNER TABLE ACTION, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )   CIVIL NO. 1:24-cv-00430-KFW |
| | ) |
| WILLIAM J. SCHNEIDER, et al., | ) |
| | ) |
| Defendants, | ) |

JUDGMENT

In accordance with the Order granting Motion for Permanent Injunction (ECF No. 74) entered by Magistrate Judge Karen Frink Wolf on July 15, 2025,

JUDGMENT is hereby entered for the Plaintiffs and against the Defendants.

ERIC M. STORMS
ACTING CLERK


By: /s/ Nicholas Gordon
Deputy Clerk


Dated: July 15, 2025