UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| DINNER TABLE ACTION, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>WILLIAM J. SCHNEIDER, et al.,<br><br>　　　　Defendants. | Docket No. 1:24-cv-00430-KFW |

**STATE DEFENDANTS' NOTICE OF APPEAL**

Please take notice that State Defendants, William J. Schneider, in his official capacity as Chairman of the Maine Commission on Governmental Ethics and Election Practices; David R. Hastings III, Sarah E. LeClaire, Dennis Marble, and Beth N. Ahearn, in their official capacities as Members of the Maine Commission on Governmental Ethics and Election Practices; and Aaron M. Frey, in his official capacity as Attorney General of Maine, hereby appeal to the United States Court of Appeals for the First Circuit from the Judgment of the District Court, dated July 15, 2025 (ECF No. 75).

Dated: July 24, 2025　　　　　　　　　　　　AARON M. FREY
　　　　　　　　　　　　　　　　　　　　　　Attorney General


　　　　　　　　　　　　　　　　　　　　　　/s/ Jonathan R. Bolton
　　　　　　　　　　　　　　　　　　　　　　JONATHAN R. BOLTON
　　　　　　　　　　　　　　　　　　　　　　Assistant Attorney General
　　　　　　　　　　　　　　　　　　　　　　Office of the Attorney General
　　　　　　　　　　　　　　　　　　　　　　6 State House Station
　　　　　　　　　　　　　　　　　　　　　　Augusta, ME 04333-0006
　　　　　　　　　　　　　　　　　　　　　　Tel. (207) 626-8800
　　　　　　　　　　　　　　　　　　　　　　jonathan.bolton@maine.gov

　　　　　　　　　　　　　　　　　　　　　　*Attorney for State Defendants*