# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MAINE

| | |
|---|---|
| DINNER TABLE ACTION, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> SCHNEIDER, *et al.*, <br><br> Defendants, | Case No. 1:24-CV-00430-KFW |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that Intervenors Richard Bennett, Cara McCormick, Peter McCormick, and EqualCitizens hereby appeal to the United States Court of Appeals for the First Circuit from this Court's Order granting Plaintiffs' Motion for Permanent Injunction and its subsequent entry of Judgment for Plaintiffs. *See* ECF Nos. 74, 75.

Dated: July 24, 2025

                      Respectfully submitted,

                      */s/ Neal Kumar Katyal*

                      Neal Kumar Katyal (*pro hac vice*)
                      Ezra P. Louvis (*pro hac vice*)
                      MILBANK LLP
                      1850 K St., N.W.
                      Washington, D.C. 20006
                      Tel: (202) 835-7500
                      nkatyal@milbank.com

                      Nola Heller (*pro hac vice*)
                      MILBANK LLP
                      55 Hudson Yards
                      New York, NY 10001-2163
                      Tel: (212) 530-5108
                      nheller@milbank.com

                      David M. Kallin, Bar No. 4558
                      Adam R. Cote, Bar No. 9213
                      DRUMMOND WOODSUM
                      84 Marginal Way, Suite 600
                      Portland, ME 04101-2480
                      (207) 772-1941
                      dkallin@dwmlaw.com
                      acote@dwmlaw.com

                      *Counsel for Richard Bennett, Cara McCormick, Peter McCormick, and EqualCitizens*

## CERTIFICATE OF SERVICE

I certify that on July 24, 2025, I electronically filed the foregoing using the CM/ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties of record.

*/s/ Neal Kumar Katyal*
Neal Kumar Katyal
