# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

## APPEAL COVER SHEET

| | |
|---|---|
| D.C. #  1:24-cv-00430-KFW | C.C.A. # |
| CASE TITLE: DINNER TABLE ACTION et al v. SCHNEIDER et al | |
| Name of Counsel for Appellant(s): | Jonathan R. Bolton, Esq. |
| Name of Counsel for Appellee(s): | Charles M. Miller, Esq.<br>Joshua D. Dunlap, Esq. |
| Name of Judge: | Karen Frink Wolf |
| Court Reporter(s) & Dates: | 12/19/2024, 2/11/2025, 2/24/2025, 5/22/2025-Lori Dunbar<br>5/15/2025-Tammy Martell |
| Transcript Ordered? | ☐ Yes  ☒ No |
| Court Appointed Counsel? | ☐ Yes  ☒ No |
| Fee Paid? | ☒ Yes  ☐ No |
| In Forma Pauperis? | ☐ Yes  ☒ No |
| Motions Pending? | ☐ Yes  ☒ No |
| Guidelines Case? | ☐ Yes  ☒ No |
| Related Case on Appeal? | ☐ Yes  ☒ No |
| C. C. A. # (if available) | |
| Date of Last Appeal | |
| Special Comments: | |